UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD COLVIN, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 23-cv-02767-SK <br><br> **ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br> Regarding Docket No. 63 |

On December 5, 2024, Plaintiffs filed a motion for leave to file a motion for reconsideration of the Court's Order granting in part and denying in part Defendants' motion to dismiss Plaintiffs' second amended Complaint. Plaintiffs appear to move for reconsideration only with respect to two of their state-law claims: negligence and violation of the Bane Act, California Civil Code § 52.1 (the "Bane Act"). The Court GRANTS Plaintiffs' motion for leave to file a motion for reconsideration of the Order granting the motion to dismiss with respect to Plaintiffs' negligence and Bane Act claims. Plaintiffs shall file their motion for reconsideration by no later than December 27, 2027. Defendants shall file their opposition by no later than January 10, 2025. Plaintiffs shall file their reply, if any, by no later than January 17, 2025. The Court SCHEDULES the hearing on Plaintiffs' motion for reconsideration at 9:30 a.m. on February 3, 2025.

**IT IS SO ORDERED**.

Dated: December 11, 2024

SALLIE KIM
United States Magistrate Judge