UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD COLVIN, JR., et al., <br><br>Plaintiffs, <br><br>v. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>Defendants. | Case No. 23-cv-02767-SK <br><br>**ORDER TEMPORARILY SEALING DOCUMENTS** <br><br>Regarding Docket No. 81 |

On June 7, 2024, the Court approved the parties' Stipulated Protective Order. (Dkt. No. 46.) That Order creates a process for designating and for challenging documents designated as highly confidential – attorney's eyes only. In addition, the Order makes clear that "[u]nless the Designating Party has waived the confidentiality designation by failing to file a motion to retain confidentiality . . ., all parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the court rules on the challenge." (*Id*. at § 6.3.) Defendants filed a motion to retain the confidentiality of the documents they designated. However, in an administrative motion, Defendants argue that Plaintiffs prematurely, and without authorization, revealed information in documents designated as "highly confidential – attorney's eyes only" in their opposition to the motion to retain confidentiality. (Dkt. No. 81.) The Court is HEREBY TEMPORARILY LOCKING Plaintiffs' opposition and supporting declaration (Dkt. Nos. 79 and 79-1) until it reviews Plaintiffs' response and makes a determination on Defendants' administrative motion.

/ / /

/ / /

/ / /

1   Additionally, the Court ORDERS Defendants to email a copy of the documents at issue in
2   their motion to retain confidentiality the Court to skpo@cand.uscourts.gov by no later than June 3,
3   2025.
4   **IT IS SO ORDERED**.
5   Dated: May 29, 2025



SALLIE KIM
United States Magistrate Judge

2