UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD COLVIN, JR., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02767-SK<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION**<br><br>Regarding Docket No. 98 |

The Court HEREBY GRANTS Plaintiff's administrative motion to seal the portions of their opposition brief and supporting declaration that are highlighted in the exhibits attached to the administrative motion and are redacted in the publicly filed versions.

**IT IS SO ORDERED**.

Dated: August 14, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge