UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD COLVIN Jr. and MICHAEL PEACE Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES GOMEZ, WILLIAM ROLD, CHRISTIAN ROBLES, JOSHUA JOVER, ROBERT MEINBRESS and DOES 1-50,<br><br>Defendants. | Case No. 3:23-cv-02767-SK<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFFS LEONARD COLVIN, SFNO 459307, AND MICHAEL PEACE, SFNO 549582** |

Mr. Leonard Colvin, SFNO 459307, and Mr. Michael Peace, SFNO 549582, are plaintiffs and necessary parties in the proceedings of this case. They are in the custody of the San Francisco Sheriff's Office and imprisoned in County Jail 3 at 1 Moreland Drive, San Bruno, CA 94066.

In order to secure Mr. Colvin and Mr. Peace's attendance for an in-person settlement conference before Judge Robert Illman, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Mr. Colvin and Mr. Peace to 450 Golden Gate Avenue, San Francisco, CA 94102 on September 28, 2026 at 10 a.m. (courtroom to be determined).

//

//

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the San Francisco Sheriff's Department to produce Mr. Colvin, SFNO 459307, and Mr. Peace, SFNO 549582, to be present before the United States District Court at the time and place above, and from 10 a.m. until completion of the settlement conference or as ordered by the court; and thereafter to return Mr. Colvin and Mr. Peace to the above institution;
2. The custodian is ordered to notify the court of any change in custody of Mr. Colvin and Mr. Peace and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: the San Francisco Sheriff's Office

WE COMMAND you to produce the persons named above to appear before the United States District Court at the time and place above, and from 10 a.m. until the completion of the settlement conference, or as ordered by the court; and thereafter to return the persons to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the persons and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: August 26, 2026

Robert M. Illman
United States Magistrate Judge